JS-6

Lisa S. Kantor, Esq. State Bar No. 110678
e-mail: lkantor@kantorlaw.net
Elizabeth K. Green, Esq. State Bar No. 199634
e-mail: egreen@kantorlaw.net
Mitchell O. Hefter, Esq. State Bar No. 291985
e-mail: mhefter@kantorlaw.net
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, CA 91324
Telephone: (818) 886-2525
Facsimile: (818) 350-6272
*Attorneys for Plaintiff*

David R. Johanson, Esq.  State Bar No. 164141
e-mail: david.johanson@jacksonlewis.com
Jamie Y. Lee, Esq.  State Bar No. 228389
e-mail:  Jamie.lee@jacksonlewis.com
JACKSON LEWIS P.C.
725 South Figueroa Street, Suite 2500
Los Angeles, California 90017
Telephone: (213) 689-0404
Facsimile:  (213) 689-0430
*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BREANNA S.,<br><br>           Plaintiff,<br><br>      v.<br><br>ENVIRONMENTAL SYSTEMS RESEARCH INSTITUTE, INC. GROUP BENEFIT PLAN,<br><br>           Defendant. | Case No.:  5:13-cv-01991-JGB-DTB<br><br>**ORDER RE DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(A)(1)** |

Based upon the stipulation of the parties, and for good cause shown:

IT IS HEREBY ORDERED that this action, Case No. CV 13-01991-JGB-DTB is dismissed in its entirety, with prejudice.

IT IS HEREBY FURTHER ORDERED that each party shall bear its own attorneys' fees and costs in this matter.

DATED: December 12, 2014        BY: _____
                                    Honorable Jesus G. Bernal
                                    United States District Court Judge